1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD V. RAY, JR.,                              No. C 10-895 SI (pr)

       Plaintiff,                              **JUDGMENT**

    v.

CAESAR BASA, sergeant,
Oakland Police Department,

       Defendant.
_____/

This action is dismissed without prejudice to plaintiff filing a new action if his criminal

conviction is ever set aside.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 1, 2010                    _____
                                           SUSAN ILLSTON
                                           United States District Judge